IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**MATTHEW WILLIAMS, Individually and on Behalf of All Others Similarly Situated**                                              **PLAINTIFF**

vs.                     No. 1:22-cv-3544-EEC

**TEAM NOMAD, LLC, and AKRAM ATALLAH**                                              **DEFENDANTS**

**JOINT STIPULATION REGARDING CLASS CERTIFICATION AND NOTICE TO COLLECTIVE ACTION MEMBERS**

Plaintiff Matthew Williams ("Plaintiff") by and through his attorneys Krista Sheets and Josh Sanford of Sanford Law Firm, PLLC, and Defendants, Team Nomad, LLC, and Akram Atallah (collectively "Defendant" or "Defendants"), by and through their attorneys Jessica Jackler and Storrs Downey of Downey & Lenkov, LLC, do jointly submit this stipulation and respectively show the court as follows:

1.      Plaintiff filed his Complaint on July 8 (ECF No. 1). In his Complaint, Plaintiff sought to represent himself and all persons employed by Defendant as Delivery Drivers in the last three years.  *See* ECF No. 1.

2.      Plaintiff filed his Opposed Motion for Conditional Certification, for Approval and Distribution of Notice and for Disclosure of Contact Information on October 25 (ECF No. 12).

3.      Defendants no longer oppose Plaintiff's Motion for Conditional Certification.

4.      The Parties have conferred regarding the Complaint and the collective action allegations therein. The Parties have agreed to stipulate to conditional certification

Page 1 of 4
Matthew Williams, et al. v. Team Nomad, LLC, et al.
U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-3544-EEC
Joint Stipulation Regarding Class Certification and Notice to Collective Action Members

of the following collective pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA"):

**Delivery Drivers employed by Team Nomad, LLC since November 22, 2019.**

5. The Parties have conferred regarding the composition of the proposed collective and agree that it consists of approximately 56 individuals, not including Plaintiff Williams.

6. The parties stipulate that the members of the proposed collective are similarly situated solely for the purposes of conditional certification of this collective action.

7. The FLSA's collective action device allows one or more employees to bring an action for overtime compensation on "behalf of himself or themselves and other employees similarly situated." 29 U.S.C. § 216(b). *See Mooney v. Aramco Services Co.*, 54 F.3d 1207, 1213-14 (5th Cir. 1995). The Supreme Court has expressly held that courts may implement the collective action procedure by facilitating the issuance of notice to potential class members. *Hoffmann-LaRoche Inc. v. Sperling*, 493 U.S. 165 (1989). Court-authorized notice protects against misleading communications by the parties, resolves the parties' disputes regarding the content of any notice, prevents the proliferation of multiple individual lawsuits, assures that joinder of additional parties is accomplished properly and efficiently, and expedites resolution of the dispute. *Id*. at 170-72.

3. By stipulating to conditional certification of the FLSA Class, Defendant does not admit that it has in any way violated the FLSA or any other law and does not waive

Page 2 of 4
Matthew Williams, et al. v. Team Nomad, LLC, et al.
U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-3544-EEC
Joint Stipulation Regarding Class Certification and Notice to Collective Action Members

its right to contest this case on the merits or to argue later that the FLSA Collective should be decertified.

4. The Parties have attached for Court approval their proposed Notice of Right to Join Lawsuit ("Notice") as Exhibit "1" and their proposed Consent to Join Collective Action ("Consent") as Exhibit "2," as well as their proposed Text of Electronic Transmissions ("Electronic Notice") as Exhibit "3."

5. Within 7 days of the Court's Order adopting this Stipulation and approving the attached Notice and Consent, Defendant shall deliver to Plaintiff's counsel an electronic database that contains the names, email addresses, and last known mailing addresses of all FLSA Class members (the "FLSA Class List").

6. Within 7 days of Defendant providing the FLSA Class List, Plaintiff's counsel shall distribute via U.S. mail and email the Notice and Consent to the members of the FLSA Collective.

7. All FLSA Class Members who wish to joint this lawsuit must either file a Consent with the Court or fax or email a Consent to Plaintiff's Counsel within 60 days of the date that the Notice and Consent are first mailed by Plaintiff's counsel.

8. Defendants Team Nomad, LLC, and Akram Atallah consent to the relief requested herein.

WHEREFORE, Plaintiffs respectfully requests that the Court enter an order approving the terms of this Stipulation and approving the Notice, Consent, and Electronic Notice, as Exhibits 1-3 respectively.

Page 3 of 4
Matthew Williams, et al. v. Team Nomad, LLC, et al.
U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-3544-EEC
Joint Stipulation Regarding Class Certification and Notice to Collective Action Members

Respectfully submitted,

**MATTHEW WILLIAMS, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Krista Sheets*
Krista Sheets
Wa. Bar No. 40100
krista@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and  **TEAM NOMAD, LLC and AKRAM ATALLAH, DEFENDANTS.**

DOWNEY & LENKOV, LLC
30 N. LaSalle Street, Suite 3600
Chicago, IL 60602
Telephone: (312) 377-1501
Facsimile: (312) 377-1502

*/s/ Storrs Downey*
Storrs Downey
ARDC No. 6183060
sdowney@dl-firm.com

*/s/Jessica Jackler*
Jessica Jackler
ARDC No. 6305472
jjackler@dl-firm.com

Page 4 of 4
Matthew Williams, et al. v. Team Nomad, LLC, et al.
U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-3544-EEC
Joint Stipulation Regarding Class Certification and Notice to Collective Action Members