# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Matthew Williams

          Plaintiff,

v.                                              Case No.: 1:22−cv−03544

                                                    Honorable Edmond E. Chang

Team Nomad, LLC, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 20, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the supplemental status report, R. 23, and the proposed amended notice, the Court approves the conditional certification and the amended notice. The parties shall effectuate the notice as previously proposed in R. 21. The tracking status hearing of 12/23/2022 for Judge Chang is reset to 02/24/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.