## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Matthew Williams

          Plaintiff,

v.                      Case No.: 1:22–cv–03544
                     Honorable Edmond E. Chang

Team Nomad, LLC, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 20, 2023:

  MINUTE entry before the Honorable Edmond E. Chang: On review of the notice of settlement, R. 43, the parties should file the motion for approval of settlement on 05/19/2023. The tracking status hearing of 05/05/2023 for Judge Chang is reset to 05/26/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.