## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Matthew Williams
                        Plaintiff,

v.                                                                                     Case No.: 1:22−cv−03544
                                                                                    Honorable Edmond E. Chang

Team Nomad, LLC, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 4, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the joint motion for approval of FLSA settlement [46], as well as review of the settlement agreement and its attachment, the motion is granted. As a threshold matter, it is unclear whether FLSA approval is really needed for settlements outside the context of unrepresented plaintiffs or other circumstances suggesting the need for judicial supervision. Setting that aside, to the extent that approval is needed, the Court finds that the proposed settlement is reasonable and fair. All of the Plaintiffs consent to the distribution amounts, which is not surprising given the risks of litigation. Along with the risks is delay, including additional discovery, if the settlement were not approved. The mileage−reimbursement dispute, leading in turn to the minimum−wage dispute, does seem to require substantial additional factual and legal exploration. So the settlement avoids all of that risk and delay. The service award of $500 for Plaintiff Williams also is reasonable given his participation in the case and the general release. The attorney's fees of $16,000 also satisfies the reasonableness test for a case of this size and the work required to pursue it. Accordingly, the settlement is approved and the distributions shall be made pursuant to the agreement. The case is dismissed with prejudice, each side to bear fees and costs as provided for in the settlement agreement. All pending motion(s) are terminated as moot. The tracking status hearing of 05/26/2023 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.